# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | :  No. 455 |
| | : |
| REAPPOINTMENT TO MINOR | :  MAGISTERIAL RULES DOCKET |
| JUDICIARY EDUCATION BOARD | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of May, 2021, Douglas McCall Bell, Esquire, Somerset County, is hereby reappointed as a member of the Minor Judiciary Education Board for a term of three years, commencing July 1, 2021.